IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE BUCK, ) | |
|         Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 12-1669 |
| ) | Judge Terrence F. McVerry/ |
| ) | Magistrate Judge Maureen P. Kelly |
| MICHAEL PUGH, Warden at Northeast ) | |
| Ohio Corr. Ctr.; FRANK LECLAIRE, Case ) | |
| Mgr. Supv. At Renewal Center, Inc., ) | |
|         Respondents. ) | |

## **ORDER**

AND NOW, this 31st day of July, 2013, after the Petitioner, Dale Buck, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until July 19, 2013 to file written objections thereto, and no objections having been filed to the report and recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") by a federal prisoner is dismissed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

        s/ Terrence F. McVerry
        TERRENCE F. McVERRY
        United States District Judge

cc:    Honorable Maureen P. Kelly
        United States Magistrate Judge

        Dale Buck
        3817 Prospect Street
        Pittsburgh, PA 15234

        All Counsel of Record Via CM-ECF